# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA

VS

CASE NO. 5:14-mj-00061-LB-1

GLENN E MORGAN

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  GLENN E MORGAN
Name
and bring him or her forthwith to the nearest magistrate to answer an

### Information

charging him or her with:

Unlawfully operating a motor vehicle while under the influence of alcoholic beverages or a substance set forth in Section 877.111 or controlled by Chapter 893, Florida Statutes, while affected to the extent that his normal faculties were impaired;
Unlawfully driving a motor vehicle with knowledge that his license and/or driving privileges were cancelled, suspended or revoked

in violation of Title 18 United States Code, Section(s) 7 and 13; F.S. § 316.193; F.S. § 322.34(2)

| | |
|---|---|
| Jessica J. Lyublanovits | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* Deputy Clerk: Jennifer Martin | July 21, 2014   Panama City |
| | Date and Location |

Bail fixed at $ Bail Reform Act
and/or in accordance with Comprehensive Crime Control Act of 1984.

by Larry Bodiford
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  *Arrested*  on  8/19/2014 in Panama City Beach, FL.

| DATE RECEIVED 7/29/2014 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/19/2014 | Chris Mask, Deputy USM | *[signature]* |

Filed0820'14UsDcFln5AM0756